IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GLORITHA LASHALL SCOTT**                                          PLAINTIFF
as Special Administrator of the Estate of
William Charles Rice, deceased

v.                           CASE NO. 4:24-CV-00569-BSM

**CUMBERLAND STREET OPERATING, LLC**                    DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE